UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60072-Cr-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

JOYCE MEADS,

Defendant.
_________________________________/

**STIPULATED FACTUAL BASIS**

Joyce Meads ("Meads" or "defendant") individually and by and through her counsel, Zeljka Bozanic, and the United States, by and through the undersigned Special Attorney stipulate to and agree not to contest the following facts, and stipulate that such facts, in accordance with Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide a sufficient factual basis for the plea of guilty to Count One of the Information, which count chargeS Meads with Conspiring to Defraud the United States, in violation of Title 18, United States Code, Section 371,

1. Between on or about April 12, 1997 through on or about April 19, 2010, Meads conspired with co-conspirators Marc Harris, Boyce Richard Griffin, and others to defraud the United States by impeding, impairing obstructing and defeating the Internal Revenue Service ("IRS") in ascertainment, computation, assessment, collection of her 1997 through 2009 individual income taxes.

2. In approximately November 1996, Meads received a one-half interest in two oil wells from her parents.

3. Between approximately April 1997 and July 1997, Meads had discussions with co-conspirator, "C.M.," of The Harris Organization located in Panama City, Republic of Panama, about offshore structures to use in order to eliminate taxes on her receipt of oil and gas income royalties.

4. In approximately August 1997, Marc Harris and The Harris Organization set up offshore structures to conceal the oil and gas revenue received from these wells including W.G. Holdings Corporation in Delaware ("WG Delaware") and W.G. Holdings Corporation in Panama ("WG Panama"), respectively.

5. On September 24, 1997 Meads transferred her one-half interest in the two oil wells to WG Delaware.

6. On September 24, 1997, Meads' parents transferred the remaining one-half interest in the same two oil wells to WG Delaware.

7. Beginning from approximately September 1997, Chesapeake Energy Corporation ("Chesapeake Energy"), the operator of the oil wells, issued monthly royalty income checks payable to WG Delaware.

8. On June 12, 1998, Meads directed co-conspirator "C.M." and The Harris Organization to distribute $25,000 of WG Panama funds to her disguised as a scholarship.

9. In approximately October 1999, Meads took steps to leave The Harris Organization and continue the tax concealment scheme with Boyce Richard Griffin ("Griffin"), who operated Offshore Management Alliance, Ltd., Panama ("OMA").

10. Beween approximately October 20, 1999 and April 2009, Meads caused Chesapake Energy royalty checks to be sent to a private post office box in Miami, Florida. The checks were forwarded from Miami, Florida, by Airbox Express (Aeroposte) to OMA in Panama where Griffin deposited the checks into a WG Panama bank account for Meads' benefit.

11. During the following calendar years, Meads failed to report the taxable royalty income from Chesapeake Energy to WG Delaware on her U.S. Individual Income Tax

Returns, Forms 1040, in the approximate amounts set forth below:

| Calendar Year | Unreported Income |
|---|---|
| 1997 | $60,785 |
| 1998 | $479,488 |
| 1999 | $78,769 |
| 2000 | $95,723 |
| 2001 | $140,329 |
| 2002 | $53,445 |
| 2003 | $69,809 |
| 2004 | $68,708 |
| 2005 | $81,816 |
| 2006 | $59,048 |
| 2007 | $44,176 |
| 2008 | $60,280 |
| 2009 | $18,798 |

12. As a result of this scheme, Meads willfully filed materially false and fraudulent 1997 through 2009 U.S. Individual Income Tax Returns, Forms 1040, which were not true and correct as to every materially matter in that they substantially understated the amount of total income reported in the respective returns.

13. Meads and her attorney acknowledge by their signatures below that they have

reviewed the stipulated facts with each other and agree with the accuracy of the facts as recited hereinabove.

STUART M. GOLDBERG
ACTING DEPUTY
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION

Date: 5/26/17 By: Gregory E. Tortella
GREGORY E. TORTELLA
Special Attorney, U.S. Dept. Of Justice

Date: 5/26/17 By: [signature]
ZELJKA BOZANIC
Attorney for the Defendant

Date: 5/26/17 By: Joyce Meads
JOYCE MEADS
Defendant